UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

OCT 25 2022

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| J. K. J., individually, and successor in interest to the Deceased Aleah Jenkins, by by and through his guardian-ad-litem Jeremy Hillyer,<br><br>      Plaintiff - Appellant,<br><br> v.<br><br>CITY OF SAN DIEGO, a public entity; et al.,<br><br>      Defendants - Appellees,<br><br> and<br><br>NICHOLAS CASICOLA,<br><br>      Defendant. | No. 20-55622<br><br>D.C. No. 3:19-cv-02123-CAB-RBB<br>U.S. District Court for Southern California, San Diego<br><br>**ORDER** |

The amicus brief submitted on October 24, 2022 by Cato Institute is filed.

No paper copies are required at this time.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

By: Khanh Thai
Deputy Clerk
Ninth Circuit Rule 27-7