**FILED**

FEB 17 2023

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

FOR PUBLICATION

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| J. K. J., individually, and successor in interest to the Deceased Aleah Jenkins, by by and through his guardian-ad-litem Jeremy Hillyer,<br><br>　　　　Plaintiff-Appellant,<br><br>　v.<br><br>CITY OF SAN DIEGO, a public entity; DAVID NISLET, in his individual capacity and official capacity as Police Chief of the San Diego Police Department; LAWRENCE DURBIN, an individual; JASON TAUB, an individual; DOES, 1-10, Inclusive,<br><br>　　　　Defendants-Appellees,<br><br>　and<br><br>NICHOLAS CASICOLA,<br><br>　　　　Defendant. | No.　20-55622<br><br>D.C. No. 3:19-cv-02123-CAB-RBB Southern District of California, San Diego<br><br>**ORDER** |

**MURGUIA**, Chief Judge:

　　Upon the vote of a majority of nonrecused active judges, it is ordered that this case be reheard en banc pursuant to Federal Rule of Appellate Procedure 35(a) and Circuit Rule 35-3. The three-judge panel opinion is vacated.