DOCKET NO. 20-55622
_____

IN THE UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT
_____

J.K.J., individually and successor in interest to Deceased Aleah Jenkins, by and through his guardian ad litem Jeremy Hillyer,

Plaintiff-Appellant,

vs.

CITY OF SAN DIEGO, LAWRENCE DURBIN and JASON TAUB

Defendants-Appellees.
_____

On Appeal from Judgment of the United States District Court
for the Central District of California
Hon. Cathy Ann Bencivengo, United States District Judge
Case No. 3:19-cv-02123-CAB (RBB)
_____

**JOINT REQUEST TO STAY APPEAL PENDING SETTLEMENT**
_____

Christie B. Swiss, Esq. (State Bar No. 245151)
Chandler A. Parker, Esq. (State Bar No. 277902)
James C. Jardin, Esq. (State Bar No. 187482)
COLLINS + COLLINS LLP
2011 Palomar Airport Road, Suite 207
Carlsbad, CA 92011
(760) 274-2110; Fax (760) 274-2111

Attorneys for Appellees

CITY OF SAN DIEGO, LAWRENCE DURBIN and JASON TAUB

The parties have reached a settlement agreement. However, it requires minor's compromise approval, which will be obtained through the superior court. When the minor's compromise is approved, and settlement is finalized, the parties will file a Joint Stipulation of Dismissal of the complaint with prejudice in the district court. At that time, all parties will also file a Joint Stipulation of Dismissal under Federal Rule of Appellate Procedure 42 in this Court. Until that time, the parties jointly request this Court stay the appellate proceedings.

DATED: February 1, 2024        COLLINS + COLLINS LLP

By: /S/
    CHRISTIE B. SWISS
    CHANDLER A. PARKER
    JAMES C. JARDIN
    Attorneys for Appellees,
    CITY OF SAN DIEGO,
    LAWRENCE DURBIN and
    JASON TAUB

DATED: February 1, 2024

By: /S/
    DEAN AYNECHI
    Attorneys for Plaintiff,
    J.K.J., individually and successor
    in interest to Deceased Aleah
    Jenkins, by and through his
    guardian ad litem Jeremy Hillyer

## CERTIFICATE OF SERVICE

I hereby certify that on February 1, 2024, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Ninth Circuit by using the appellate CM/ECF system.

Participants in the case who are registered CM/ECF users will be served by the appellate CM/ECF system.

/s/ *James C. Jardin*
JAMES C. JARDIN